IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| U.S. BANK N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-374 |
| | ) | |
| MONICA BOWMAN, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion for voluntary dismissal without prejudice (Doc. 6), filed by plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). As defendant has not yet filed an answer or motion for summary judgment, the Court hereby acknowledges the dismissal without prejudice. The Court will close the file.

**IT IS SO ORDERED**.

Signed this 21st day of September, 2011.

Digitally signed by
David R. Herndon
Date: 2011.09.21
11:46:21 -05'00'

**Chief Judge**
**United States District Court**